Theodore V. Wells, Jr. (TW-2830)
Moses Silverman (MS-9996)
Robert A. Atkins (RA-9709)
**PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Gregory B. Reilly (GR-3657)
Deborah A. Silodor (DS-0414)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., On Behalf Of Itself And All Others Similarly Situated, | **Civil Action No. 05-CV-1602 (JLL)** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| BECTON DICKINSON & COMPANY, | |
| Defendant. | |

**WHEREAS,** plaintiff served its Complaint on defendant on March 29, 2005,

**WHEREAS,** the defendant obtained an extension of time from the Clerk until May 3, 2005 to answer or move with respect to the Complaint,

**NOW, IT IS HEREBY STIPULATED AND AGREED** by and between

the undersigned counsel as follows:

(1) defendant shall have until May 27, 2005 to move, answer or otherwise

respond to the Complaint;

(2) should defendant's motion, answer or other response to plaintiff's

complaint involve a motion to which plaintiff is entitled or permitted to submit

opposition papers, the briefing and argument schedule shall be as follows: (a) plaintiff's

opposition papers shall be filed and served on July 7, 2005; (b) defendant's reply papers

shall be filed and served on July 18, 2005; and (c) the return date for the motion shall be

on July 25, 2005.

COHN LIFLAND PEARLMAN HERRMANN
& KNOPF, LLP

By:_____
    Peter S. Pearlman (PP-8416)
    Park 80 Plaza West-One
    Saddle Brook, New Jersey 07663
    (201) 845-9600


*Attorneys for Plaintiff*

LOWENSTEIN SANDLER PC

By:_____
    Deborah A. Silodor (DS-0414)
    65 Livingston Avenue
    Roseland, New Jersey 07068
    (973) 597-2500

*Attorneys for Defendant*

Dated: ~~April~~ May 3, 2005

SO ORDERED:

_____

Hon. Jose L. Linares, U.S.D.J