Theodore V. Wells, Jr.
Robert A. Atkins
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
212.373.3000

Gregory B. Reilly
Deborah A. Silodor
LOWENSTEIN SANDLER PC
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500
dsilodor@lowenstein.com

Attorneys for Defendant



AUG 23 2005

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., ROCHESTER DRUG CO-OPERATIVE, INC. and JIM SMITH CORPORATION d/b/a Smith Drug Company, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON DICKINSON & COMPANY,<br><br>Defendant. | Civil Action No. 05-CV-1602 (JLL)<br><br>**ORDER EXTENDING DUE DATE FOR REPLY BRIEF** |

WHEREAS, Defendant has filed a Motion to Dismiss, which is returnable September 12, 2005; and

B2158/8
08/19/2005 1769782.01

WHEREAS, counsel for Plaintiffs have consented to Defendant's request for an extension of the deadline for filing a Reply Brief from August 19 to August 23, 2005, and good cause being shown;

IT IS on this 23rd day of August, 2005, ORDERED AS FOLLOWS:

1. Defendant shall file and serve its Reply Brief in further support of its Motion to Dismiss on or before August 23, 2005.

2. The return date of said motion shall remain scheduled for September 12, 2005.

_____
Ronald J. Hedges, U.S.M.J.