RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEC 2 1 2006

AT 8:30
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| IN RE HYPODERMIC PRODUCT DIRECT PURCHASER ANTITRUST LITIGATION | Master Docket No. 05-1602 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. 13
## FROM THE HEARING BEFORE THE HONORABLE RONALD J. HEDGES
## ON DECEMBER 11, 2006

THIS MATTER coming on before the Honorable Ronald J. Hedges on December 11, 2006 in the presence of counsel for all parties; and good cause having been shown;

IT IS on this _____ day of December, 2006

ORDERED as follows:

1.      The Case Management Conference scheduled for December 14, 2006 is adjourned to January 31, 2007 at 3:30 p.m. at which time the Court will deal with:

        a.      The discovery requests set forth in the December 8, 2006 letter submitted on behalf of Defendant by Robert A. Atkins, Esq. to this Court;

        b.      The Indirect Purchaser Plaintiffs' Motion to Strike the Distributor Plaintiffs' Self-Styled "Reply" brief in connection with Defendant's Motion to Dismiss the Indirect Purchasers' Complaint (Document #126); and

        c.      Any other case management or discovery disputes which may arise in the interim.

2.      The briefing scheduled in connection with the issues raised in Defendant's December 8, 2006 letter shall be as follows:

        a.      All opposition to Defendant's application from either the Direct Purchaser Plaintiffs or Indirect Purchaser Plaintiffs shall be filed on or before January 10, 2007;

        b.      Any reply shall be filed by Defendant on or before January 24, 2007; and

        c.      No memorandum submitted in connection with this application shall exceed ten (10) pages.

3.    The briefing schedule on the Motion to Strike (Document #126) shall be as follows:

a.    The opposition of Direct Purchaser Plaintiffs shall be filed on or before January 8, 2007;

b.    Defendant's response shall be filed on or before January 10, 2007; and

c.    Any reply of the Indirect Purchaser Plaintiffs shall be filed on or before January 15, 2007.

4.    Any other case management or discovery motions which are to be considered by the Court at the January 31, 2007 conference shall be filed on or before January 5, 2007 with answering papers to be filed on or before January 17, 2007 and replies, if any, to be filed on or before January 24, 2007; except that any motion filed by the Indirect Purchaser Plaintiffs respecting Defendant's responses and/or objections to the Indirect Purchaser Plaintiffs' discovery requests and interrogatories shall be filed on or before January 8, 2007 with the answering papers to be filed on or before January 17, 2007 and replies, if any, to be filed on or before January 24, 2007.

s/Ronald J. Hedges

Ronald J. Hedges, U.S.M.J.