```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| IN RE HYPODERMIC PRODUCTS | : | |
| ANTITRUST LITIGATION | : | Master Civil Action No. |
| | : | 05-1602 (JLL) |
| | : | MDL No. 1730 |
| | : | |
| | : | ORDER |

   **IT IS** on this 28th day of August, 2007,

   **ORDERED THAT** there shall be an in-person status conference before the undersigned on **October 3, 2007 at 2:00 p.m.**

                              *s/ Claire C. Cecchi*
                          **HON. CLAIRE C. CECCHI**
                          **United States Magistrate Judge**