UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HYPODERMIC PRODUCT DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No. 05-1602 (JLL/CCC)<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that Terumo Medical Corporation's time to serve written objections pursuant to Fed. R. Civ. P. 45(c)(2)(B) and/or to make any kind of motion that Terumo Medical Corporation deems necessary in response to the Subpoena served by the plaintiffs in be the above-captioned actions, be and hereby is extended until and including November 16, 2007.

W.J. CAHILL & ASSOCIATES, P.C.
24 South Holmdel Road – Suite 2C
Holmdel, New Jersey 07733
(732) 772-9830
Attorneys for Non-Party
Terumo Medical Corporation

By: _____
WILLIAM J. CAHILL

ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130
(504) 522-0077
Attorneys for Plaintiffs

By: _____
STUART DES ROCHES

So Ordered:

_____
CLAIRE C. CECCHI, U.S.M.J.

Oct 22, 2007

1264993 v1