

ORDER ON ORAL MOTION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HYPODERMIC PRODUCT DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 05-1602 (JLL/CCC)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Terumo Medical Corporation's time to serve written objections pursuant to Fed. R. Civ. P. 45(c)(2)(B) and/or to make any kind of motion that Terumo Medical Corporation deems necessary in response to the Subpoena served by the plaintiffs in the above-captioned actions, be and hereby is further extended until and including December 14, 2007.

| | |
|---|---|
| W.J. CAHILL & ASSOCIATES, P.C.<br>24 South Holmdel Road – Suite 2C<br>Holmdel, New Jersey  07733<br>(732) 772-9830<br>Attorneys for Non-Party<br>Terumo Medical Corporation<br><br>By: _____<br>WILLIAM J. CAHILL | ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, Louisiana  70130<br>(504) 522-0077<br>Attorneys for Plaintiffs<br><br>By: _____<br>STUART DES ROCHES |

So Ordered:
s/Claire C. Cecchi
_____
CLAIRE C. CECCHI, U.S.M.J.

Dated: 11/16/07

1264993 v1