# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

November 7, 2008

**VIA FACSIMILE ONLY 973-645-3841**

**ORDER ON ORAL MOTION**

The Honorable Claire C. Cecchi, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: *In re Hypodermic Products Antitrust Litigation*, Master Docket No. 05-1602 (JLL/CCC)

Dear Judge Cecchi:

I write on behalf of Louisiana Wholesale Distributors, Inc. and other plaintiffs to request an extension until next Wednesday, November 12, 2008, for the submission of the (1) status report on Rule 56(f) discovery, and (2) proposed schedule in connection with the January 23, 2009 Status Conference. Your Honor had requested that the report and schedule be delivered today. Because of scheduling issues with some of plaintiffs' counsel, we request this short extension.

I am authorized to advise Your Honor that counsel for all other parties have told us they do not object to this request.

I thank other counsel for their courtesies and Your Honor for your consideration of this request.

Respectfully yours,

Peter S. Pearlman

PSP:glv
cc:    All Counsel on the attached Service List (via e-mail only)

SO ORDERED

_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.M.J.

Date: 11/7/08