**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | : | **Master Civil Action No. 05-1602 (JLL)** |
| **IN RE HYPODERMIC PRODUCTS** | : | **MDL No. 1730** |
| **ANTITRUST LITIGATION** | : | |
| | : | **ORDER** |
| | : | |

      **IT IS** on this 21ˢᵗ day of May, 2009

      **ORDERED** that there shall be an in-person status conference before the Undersigned on **June 26, 2009 at 11:00 a.m.**

         *s/ Claire C. Cecchi*
         **HON. CLAIRE C. CECCHI**
         **United States Magistrate Judge**