| | | |
|---|---|---|
| **LOUISIANA WHOLESALE DRUG COMPANY, INC.** | : | **UNITED STATES DISTRICT COURT** |
| | : | |
| | : | **DISTRICT OF NEW JERSEY** |
| Plaintiff(s) | : | |
| | : | |
| | : | Hon. Jose L. Linares |
| -vs- | : | Civil Action No. 05-1602 (JLL) |
| | : | |
| **BECTON DICKINSON & COMPANY, INC.** | : | |
| | : | **ORDER ON ORAL MOTION** |
| | : | **SCHEDULING CONFERENCE** |
| Defendant(s) | : | |

**THIS MATTER** having been brought before the Court for a conference on September 15, 2009; and for good cause shown:

**IT IS** on this 8th day of October, 2009

**ORDERED THAT:**

1. By **November 15, 2009**, discovery in connection with the Rule 56(f) applications shall be completed.

2. Motions for summary judgement/preliminary approval of class settlement shall be served (but not filed on CM/ECF) in accordance with the following schedule:

    (I)   moving papers shall be served by **December 15, 2009**;
    (ii)  opposition papers shall be served by **January 15, 2010**; and
    (iii) reply papers shall be served by **February 5, 2010**.

    The moving, opposition and reply papers shall be filed with the Court only upon completion of all briefing.

3. In light of the briefing schedule set forth above and pursuant to the agreement of counsel, the Motion for a Preliminary Injunction under the All Writs Act [Docket Entry No. 313] is hereby dismissed as moot.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File