# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

January 6, 2010

**VIA HAND DELIVERY & ECF**
The Honorable Claire C. Cecchi
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

RE: *In re Hypodermic Products Antitrust Litig.*, No. 05-cv-1602 (JLL/CCC)

Dear Judge Cecchi:

Subject to the court's approval, all parties have agreed to a two week extension of the current deadlines for opposition and reply briefs on the pending motions for preliminary settlement approval and partial summary judgment.

The current briefing scheduled under Your Honor's Order of May 8, 2009 (Doc. No. 326) is as follows: opposition papers January 22, 2010; reply papers February 12, 2010.

Should Your Honor grant the extension sought, the deadlines will be: opposition papers February 5, 2010; reply papers February 26, 2010.

We thank Your Honor for your consideration of this request. Naturally, you should feel free to contact any counsel at any time should you have any questions.

Respectfully yours,

*s/ Peter S. Pearlman*

Peter S. Pearlman

cc:     All counsel (via e-mail)