COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Peter S. Pearlman
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  (201) 845-9600
Fax:  (201) 845-9423

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

### *"DOCUMENT TO BE FILED ELECTRONICALLY"*

| | |
|---|---|
| In re: HYPODERMIC PRODUCTS DIRECT PURCHASER ANTITRUST LITIGATION | Master Docket No. 05-1602 (JLL/CCC) |
| | MDL No. 1730 |
| THIS DOCUMENT RELATES TO: The Consolidated Direct Purchaser Class Actions:  Louisiana Wholesale Drug Company, Inc. (05-1602), Rochester Drug Co-Operative, Inc. (05-1602), JM Smith Corporation (05-1602), Dik Drug Company (05-4465), SAJ Distributors, Inc. (05-5891), American Sales Co. Inc. (06-1204), and Park Surgical Co., Inc. (06-1205) | |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR CERTIFICATION OF THE PROPOSED DIRECT PURCHASER CLASS, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND SETTING OF FINAL SETTLEMENT SCHEDULE AND HEARING**

      The consolidated Direct Purchaser Plaintiffs[1] hereby move that the Court enter

---

[1] Louisiana Wholesale Drug Company, Inc. (05-1602), Rochester Drug Co-
(continued...)

the Preliminary Approval Order proposed herewith,[2] which (a) certifies the proposed Direct Purchaser Class and appoints the class representatives and class counsel; (b) preliminarily approves a proposed $45 million settlement (the "Settlement") between the Direct Purchaser Class and defendant Becton, Dickinson and Company ("BD"); (c) makes certain findings concerning direct purchaser standing to seek damages under the Clayton Act[3]; (d) directs that notice of the Settlement be given to the Direct Purchaser Class; and (e) sets further scheduling, including deadlines for objections to the proposed settlement, for opting out of the Direct Purchaser Class, and for a fairness hearing.

In support hereof, the Direct Purchaser Plaintiffs rely upon the accompanying Memorandum of Law and the Declaration of Peter S. Pearlman, Esq. in Support of Direct Purchaser Plaintiffs' Preliminary Approval Motion, to which the Settlement and other pertinent documentation is appended.

---

[1](...continued)
Operative, Inc. (05-1602), JM Smith Corporation (05-1602), Dik Drug Company (05-4465), SAJ Distributors, Inc. (05-5891), American Sales Co., Inc. (06-1204), and Park Surgical Co., Inc. (06-1205). *See* CMO 5 (Doc. #33) and CMO 7 (Doc. #75).

[2] A proposed Preliminary Approval Order is attached as Exhibit C to the Declaration of Peter S. Pearlman, Esq. in Support of Direct Purchaser Plaintiffs' Preliminary Approval Motion.

[3] Filed concurrently herewith is the "Motion of the Direct Purchaser Plaintiffs That the Court Make Particular Findings Relating to Direct Purchaser Standing, Or, Alternatively, for Partial Summary Judgment," which pertains to the issue of Clayton Act standing.

                                                Respectfully submitted,

Dated: December 22, 2009

                                                s/Peter Pearlman
Peter S. Pearlman
COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Park 80 Plaza West- One
Saddle Brook, NJ 07663
(201) 845-9600
psp@njlawfirm.com

| | |
|---|---|
| Bruce E. Gerstein | Daniel Berger |
| Noah Silverman | Eric Cramer |
| Joseph Opper | Peter Kohn |
| Elena K. Chan | BERGER & MONTAGUE, P.C. |
| GARWIN GERSTEIN & FISHER, LLP | 1622 Locust Street |
| 1501 Broadway, Suite 1416 | Philadelphia, PA 19103 |
| New York, NY 10036 | (215) 875-3000 |
| (212) 398-0055 | |
| | |
| John Gregory Odom | David P. Smith |
| Stuart Des Roches | PERCY SMITH & FOOTE, L.L.P. |
| Andrew Kelly | 720 Murray Street |
| ODOM & DES ROCHES, L.L.P. | P.O. Box 1632 |
| Suite 2020, Poydras Center | Alexandria, LA 71309 |
| 650 Poydras St. | (318) 445-4480 |
| New Orleans, LA 70130 | |
| (504) 522-0077 | |
| | |
| Kendall S. Zylstra | Adam Moskowitz |
| Stephen Connolly | Tucker Ronzetti |
| SCHIFFRIN & BARROWAY, LLP | KOZYAK TROPIN & THROCKMORTON, P.A. |
| 280 King of Prussia Road | 280 Wachovia Financial Center |
| Radnor, PA 19087 | 200 South Biscayne Blvd. |
| (610) 667-7706 | Miami, FL 33131 |
| | (305) 372-1800 |

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.LC.
150 East 52nd Street - 30th Floor
New York, NY 10019
(212) 836-7797

Alfred G. Yates
Gerald Rutledge
LAW OFFICES OF ALFRED G. YATES, JR., PC
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburgh, PA 17101-1701
Tel: (717) 364-1030
Fax: (717) 364-1020

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO, LLP
One Main Street, 4th Fl.
Cambridge, MA 02142
Tel: (617) 482-3700

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO, LLP
60 West Randolph Street, Suite 200
Chicago, IL 60601
Tel: (312) 762-9237

Joshua P. Davis
LAW OFFICES OF JOSHUA P. DAVIS
437 Valley Street
San Francisco, CA 94131
(415) 422-6223

Mitchell W. Berger, Esq.
BERGER SINGERMAN, P.A.
350 Las Olas, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872

David Patron
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Tel: (504) 566-1311

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292

Jeffrey Kodroff
John A. Macoretta
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300

David Boies, III
STRAUS & BOIES, LLP
4041 University Avenue
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663

Michael L. Roberts
ROBERTS LAW FIRM, P.A.
P.O. Box 241790
20 Rahling Circle
Little Rock, AR 72223-1790
Tel: (501) 821-5575
Fax: (501)821-4474

Kenneth G. Walsh
STRAUS & BOIES, LLP
2 Depot Plaza
Bedford Hills, NY 10507
Tel: (914) 244-3200
Fax: (914) 244-3260

Dianne M. Nast
Erin C. Burns
Steven L. O'Donnell
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

Daniel E. Gustafson
GUSTAFSON GLUECK, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622