# EXHIBITS A-F

# [REDACTED]