COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Peter S. Pearlman
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  (201) 845-9600
Fax:  (201) 845-9423

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*"DOCUMENT TO BE FILED ELECTRONICALLY"*

| | |
|---|---|
| In re: HYPODERMIC PRODUCTS DIRECT PURCHASER ANTITRUST LITIGATION | Master Docket No. 05-1602 (JLL/CCC) |
| | MDL No. 1730 |
| THIS DOCUMENT RELATES TO: The Consolidated Direct Purchaser Class Actions:  Louisiana Wholesale Drug Company, Inc. (05-1602), Rochester Drug Co-Operative, Inc. (05-1602), JM Smith Corporation (05-1602), Dik Drug Company (05-4465), SAJ Distributors, Inc. (05-5891), American Sales Co. Inc. (06-1204), and Park Surgical Co., Inc. (06-1205) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 26, 2010, a copy of  the following documents: (1) Defendant BD's Memorandum of Law in Support of the Motion for Preliminary Approval of the Settlement with the Direct Purchaser Plaintiffs; and (2) Declaration of Steven C. Herzog; and Certificate of Service was

1

electronically filed with the court via the ECF system and sent to the Honorable Jose L. Linares, U.S.D.J. via hand delivery.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

>COHN LIFLAND PEARLMAN
> HERRMANN & KNOPF LLP
>PETER S. PEARLMAN
>
>
>    /s   Peter S. Pearlman