IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: HYPODERMIC PRODUCTS ANTITRUST LITIGATION | Case No. 05-CV-1602 (JLL)(CCC)<br>MDL No. 1730<br><br>Judge Jose L. Linares<br>Magistrate Judge Claire C. Cecchi |
| MEDSTAR HEALTH, INC., et al.,<br>    Plaintiffs,<br>v.<br>BECTON DICKINSON & COMPANY,<br>    Defendant. | Case No. 06-CV-03258<br><br>NOTICE OF MOTION<br><br>Oral Argument Requested |

To:   All Parties On Attached Service List:

PLEASE TAKE NOTICE that pursuant to the Scheduling Order entered by this Court, Fed. R. Civ. P. 56(a) and L. Civ. R. 7.1 and 56.1, the above-captioned Plaintiffs (colletively "MedStar"), by their undersigned counsel, shall move this Court for an order granting MedStar's Motion for Partial Summary that MedStar has standing to pursue federal antitrust claims against Defendant. As explained more fully in Plaintiffs' Memorandum of Law in Support of MedStar's Partial Motion for Summary Judgment, the material facts over which there is no genuine dispute show that MedStar is a direct purchaser from Defendant Becton Dickinson & Company of Disposable Hypodermic Products purchased pursuant to contracts between MedStar and Defendant.

IN SUPPORT of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and Certification of R. Laurence Macon and attachments thereto. A proposed form of order is also submitted herewith.

Plaintiffs request oral argument on this motion.

Dated: December 22, 2009

Respectfully submitted,

| | |
|---|---|
| *[signature: R. Laurence Macon]*<br><br>R. Laurence Macon<br>**Akin Gump Strauss Hauer & Feld LLP**<br>300 Convent Street, Suite 1500<br>San Antonio, TX 78205<br>Telephone: (210) 281-7000<br>Facsimile: (210) 224-2035<br>lmacon@akingump.com<br><br>AND | Richard L. Wyatt<br>Todd M. Stenerson<br>Torsten M. Kracht<br>**Hunton & Williams LLP**<br>1900 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>rwyatt@hunton.com<br>tstenerson@hunton.com<br>tkracht@hunton.com<br><br>AND |
| Judith L. Spanier<br>Karin E. Fisch<br>**Abbey Spanier Rodd & Abrams, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Telephone: (212) 889-3700<br>Facsimile: (212) 684-5191<br>jspanier@abbeyspanier.com<br>kfisch@abbeyspanier.com<br><br>AND | Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>Wexler Wallace LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022<br>kaw@wexlerwallace.com<br>jfc@wexlerwallace.com<br><br>AND |
| Gordon Ball<br>**Ball & Scott**<br>550 Main Avenue, Suite 750<br>Knoxville, TN 37902<br>Telephone: (865) 525-7028<br>Facsimile: (865) 525-4679<br>gball@ballandscott.com | James V. Bashian<br>**The Law Offices of James V. Bashian, P.C.**<br>70 Adams Street, Fourth Floor<br>Hoboken, NJ 07030<br>Telephone: (973) 227-6330<br>Facsimile: (201) 488-3330<br>jbashian@bashianlaw.com |

## CERTIFICATE OF SERVICE

I, Carolyn Mozden, hereby certify that, on the 22nd day of December, copies of the above-captioned Plaintiff MedStar's Motion for Partial Summary Judgment that it is a Direct Purchaser under Section 4 of the Clayton Act, Memorandum of Law in Support, Concise Statement of Undisputed Material Facts in Support and Supporting Declaration of R. Laurence Macon, were served by overnight mail (and by electronic mail where addresses are noted) on the parties listed on the attached service list.

_____
Carolyn Mozden

## SERVICE LIST

**ATTORNEYS FOR DEFENDANT BECTON DICKINSON**

LOWENSTEIN SANDLER PC
Gregory B. Reilly
Scott L. Walker
Ellen B. Unger
65 Livingston Avenue
Roseland, NJ 07068
greilly@lowenstein.com
swalker@lowenstein.com
eunger@lowenstein.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr.
Moses Silverman
Robert A. Atkins
Steven Herzog
Jacqueline P. Rubin
1285 Avenue of the Americas
New York, NY 10019
twells@paulweiss.com
ratkins@paulweiss.com
msilverman@paulweiss.com
sherzog@paulweiss.com
jrubin@paulweiss.com

(continued on next page)

**ATTORNEYS FOR DISTRIBUTOR PLAINTIFFS**

BERGER & MONTAGUE, P.C.
Daniel Berger
Peter R. Kohn
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
danberger@bm.net
ecramer@bm.net
pkohn@bm.net

BERGER SINGERMAN, PA
Mitchell W. Berger
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
mberger@bergersingerman.com

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Peter S. Pearlman
Park 80 Plaza West-One
Saddle Brook, NJ 07663
psp@njlawfirm.com

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Joseph Opper
Noah Silverman
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
jopper@garwingerstein.com
nsilverman@garwingerstein.com

(continued on next page)

HAGENS BERMAN SOBOL SHAPIRO LLP
David S. Nalven
Thomas M. Sobol
One Main Street, Fourth Floor
Cambridge, MA 02142
davidn@hbsslaw.com
tom@hbsslaw.com

HANGLEY, ARONCHICK, SEGAL & PUDLIN
Steve D. Shadowen
30 North Third Street, Suite 700
Harrisburg, PA 17101
sshadowen@hangley.com

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum
Robert N. Kaplan
805 Third Avenue
New York, NY 10022
lnussbaum@kaplanfox.com
rkaplan@kaplanfox.com

KIRBY MCINERNEY LLP
Kenneth G. Walsh
Christopher S. Studebaker
825 Third Avenue, 10th Floor
New York, NY 10022
kwalsh@kmllp.com
cstudebaker@kmllp.com

KOZYAK TROPIN & THROCKMORTON PA
Adam M. Moskowitz
Gail A. McQuilkin
Thomas A. Ronzetti
2525 Ponce de Leon Boulevard, Ninth Floor
Miami, FL 33134
amm@kttlaw.com
gam@kttlaw.com
tr@kttlaw.com
(continued on next page)

LAW OFFICE OF ALFRED G. YATES, JR., PC
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
yateslaw@aol.com

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis
437 Valley Street
San Francisco, CA 94131

LEVIN, FISHBEIN, SEDRAN & BERMAN
Howard J. Sedran
510 Walnut Street, Suite 500
Philadelphia, PA 19106
hsedran@lfsblaw.com

ODOM & DES ROCHES, LLP
Andrew Kelly
Charles F. Zimmer II
John Gregory Odom
Stuart E. Des Roches
650 Poydras Street, Suite 2020
New Orleans, LA 70130
akelly@odrlaw.com
czimmer@odrlaw.com
jodom@odrlaw.com
stuart@odrlaw.com

ROBERTS LAW FIRM, P.A.
Michael L. Roberts
20 Rahling Circle
Little Rock, AK 72223
mikeroberts@aristotle.net

(continued on next page)

RODA & NAST, PC
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey L. Kodroff
John A. Macoretta
1818 Market Street, Suite 2500
Philadelphia, PA 19103
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

THE SMITH FOOTE LAW FIRM, LLP
David C. Raphael, Jr.
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
draphael@smithfoote.com

WALDER HAYDEN & BROGAN
Rebekah R. Conroy
5 Becker Farm Road
Roseland, NJ 07068
rrconroy@whbesqs.com