# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: HYPODERMIC PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>MEDSTAR HEALTH, INC., *et al.*,<br>    Plaintiffs,<br>v.<br>BECTON DICKINSON & COMPANY,<br>    Defendant. | Case No. 05-CV-1602 (JLL)(CCC)<br>MDL No. 1730<br><br>Judge Jose L. Linares<br>Magistrate Judge Claire C. Cecchi<br><br>Case No. 06-CV-03258<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DAY: TO BE SET BY THE COURT**<br><br><u>**FILED UNDER SEAL**</u> |

## MEDSTAR PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON DIRECT PURCHASER STANDING UNDER SECTION 4 OF THE CLAYTON ACT

On the Brief and Of counsel:

James V. Bashian
Law Offices of James V. Bashian, P.C.
70 Adams Street, 4th Floor
Hoboken, NJ 07030
Tel (973) 227-6330

R. Laurence Macon
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205-3732
Tel. (210) 281-7000

Judith L. Spanier
Karin E. Fisch
Abbey Spanier Rodd & Abrams, LLP
212 E. 39th Street
New York, NY 10016
Tel. (212) 889-3700

Richard L. Wyatt, Jr.
Todd M. Stenerson
Torsten M. Kracht
Hunton Williams LLP
1900 K Street, NW
Washington, DC 20006
Tel. (202) 955-1500

Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel. (312) 346-2222

Dated: March 26, 2010

Respectfully submitted,

*R. Laurence Macon* (signature)

---

| | |
|---|---|
| R. Laurence Macon<br>**Akin Gump Strauss Hauer & Feld LLP**<br>300 Convent Street, Suite 1500<br>San Antonio, TX 78205<br>Telephone: (210) 281-7000<br>Facsimile: (210) 224-2035<br>lmacon@akingump.com | Richard L. Wyatt<br>Todd M. Stenerson<br>Torsten M. Kracht<br>**Hunton & Williams LLP**<br>1900 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>rwyatt@hunton.com<br>tstenerson@hunton.com<br>tkracht@hunton.com |
| AND | AND |
| Judith L. Spanier<br>Karin E. Fisch<br>**Abbey Spanier Rodd & Abrams, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Telephone: (212) 889-3700<br>Facsimile: (212) 684-5191<br>jspanier@abbeyspanier.com<br>kfisch@abbeyspanier.com | Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>**Wexler Wallace LLP**<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022<br>kaw@wexlerwallace.com<br>jfc@wexlerwallace.com |
| AND | AND |

1

| | |
|---|---|
| Gordon Ball<br>**Ball & Scott**<br>550 Main Avenue, Suite 750<br>Knoxville, TN 37902<br>Telephone: (865) 525-7028<br>Facsimile: (865) 525-4679<br>gball@ballandscott.com | James V. Bashian<br>**The Law Offices of James V. Bashian, P.C.**<br>70 Adams Street, Fourth Floor<br>Hoboken, NJ 07030<br>Telephone: (973) 227-6330<br>Fasimile: (201) 488-3330<br>jbashian@bashianlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 26, 2010, a true and correct copy of a partially redacted version of MedStar Plaintiffs' Reply in Support of its Motion for Partial Summary Judgment on Direct Purchaser Standing under Section 4 of the Clayton Act and its accompanying documents were served by operation of the electronic filing system of the U.S. District Court for the District of New Jersey upon all counsel of record. In addition, an unredacted version of this document was filed under seal with the Court, pursuant to the Discovery Confidentiality Order, and served by e-mail and First U.S. Mail Class upon counsel of record in the attached service list.

_____
Elizabeth A. Vitt

## SERVICE LIST

**ATTORNEYS FOR DEFENDANT BECTON DICKINSON**

LOWENSTEIN SANDLER PC
Gregory B. Reilly
Scott L. Walker
Ellen B. Unger
65 Livingston Avenue
Roseland, NJ 07068
greilly@lowenstein.com
swalker@lowenstein.com
eunger@lowenstein.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr.
Moses Silverman
Robert A. Atkins
Steven Herzog
Jacqueline P. Rubin
1285 Avenue of the Americas
New York, NY 10019
twells@paulweiss.com
ratkins@paulweiss.com
msilverman@paulweiss.com
sherzog@paulweiss.com
jrubin@paulweiss.com

(continued on next page)

**ATTORNEYS FOR DISTRIBUTOR PLAINTIFFS**

BERGER & MONTAGUE, P.C.
Daniel Berger
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
danberger@bm.net
ecramer@bm.net

BERGER SINGERMAN, PA
Mitchell W. Berger
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
mberger@bergersingerman.com

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Peter S. Pearlman
Park 80 Plaza West-One
Saddle Brook, NJ 07663
psp@njlawfirm.com

FARUQI & FARUQI, LLP
Peter R. Kohn
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
pkohn@faruqilaw.com

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Joseph Opper
Noah Silverman
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
jopper@garwingerstein.com
nsilverman@garwingerstein.com
(continued on next page)

HAGENS BERMAN SOBOL SHAPIRO LLP
David S. Nalven
Thomas M. Sobol
One Main Street, Fourth Floor
Cambridge, MA 02142
davidn@hbsslaw.com
tom@hbsslaw.com

HANGLEY, ARONCHICK, SEGAL & PUDLIN
Steve D. Shadowen
30 North Third Street, Suite 700
Harrisburg, PA 17101
sshadowen@hangley.com

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum
Robert N. Kaplan
805 Third Avenue
New York, NY 10022
lnussbaum@kaplanfox.com
rkaplan@kaplanfox.com

KIRBY MCINERNEY LLP
Kenneth G. Walsh
Christopher S. Studebaker
825 Third Avenue, 10th Floor
New York, NY 10022
kwalsh@kmllp.com
cstudebaker@kmllp.com

KOZYAK TROPIN & THROCKMORTON PA
Adam M. Moskowitz
Gail A. McQuilkin
Thomas A. Ronzetti
2525 Ponce de Leon Boulevard, Ninth Floor
Miami, FL 33134
amm@kttlaw.com
gam@kttlaw.com
tr@kttlaw.com
(continued on next page)

LAW OFFICE OF ALFRED G. YATES, JR., PC
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
yateslaw@aol.com

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis
437 Valley Street
San Francisco, CA 94131

LEVIN, FISHBEIN, SEDRAN & BERMAN
Howard J. Sedran
510 Walnut Street, Suite 500
Philadelphia, PA 19106
hsedran@lfsblaw.com

ODOM & DES ROCHES, LLP
Andrew Kelly
Charles F. Zimmer II
John Gregory Odom
Stuart E. Des Roches
650 Poydras Street, Suite 2020
New Orleans, LA 70130
akelly@odrlaw.com
czimmer@odrlaw.com
jodom@odrlaw.com
stuart@odrlaw.com

ROBERTS LAW FIRM, P.A.
Michael L. Roberts
20 Rahling Circle
Little Rock, AK 72223
mikeroberts@aristotle.net

(continued on next page)

RODA & NAST, PC
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey L. Kodroff
John A. Macoretta
1818 Market Street, Suite 2500
Philadelphia, PA 19103
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

THE SMITH FOOTE LAW FIRM, LLP
David C. Raphael, Jr.
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
draphael@smithfoote.com

WALDER HAYDEN & BROGAN
Rebekah R. Conroy
5 Becker Farm Road
Roseland, NJ 07068
rrconroy@whbesqs.com