UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HYPODERMIC PRODUCTS ANTITRUST LITIGATION | Master Docket No. 05-CV-1602 (JLL) MDL No. 1730 |
| THIS DOCUMENT RELATES TO: | Hon. Jose L. Linares, U.S.D.J. Hon. Claire C. Cecchi, U.S.M.J. |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., ROCHESTER DRUG CO-OPERATIVE, INC., JM SMITH d/b/a Smith Drug Company, DIK DRUG COMPANY, AMERICAN SALES COMPANY, INC., PARK SURGICAL CO. INC. AND SAJ DISTRIBUTORS, INC., on behalf of themselves and all others similarly situated, Plaintiffs, v. BECTON, DICKINSON AND COMPANY Defendant. | |

NOTICE OF CLASS SETTLEMENT PURSUANT TO
CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

To:   See Attached Service List

Pursuant to the provisions of 28 U.S.C. § 1715, the defendant Becton, Dickinson and Company ("Becton") hereby gives notice that the parties in the above-captioned lawsuit have entered into a proposed settlement of a class action subject to the approval of the United States District Court for the District of New Jersey. In compliance with 28 U.S.C. § 1715, BD submits the following documents with this notice:

1. Copies of all complaints and amended complaints filed in this action, pursuant to 28 U.S.C. § 1715(b)(1).

    a. The Class Action Complaint, filed by Louisiana Wholesale Drug Company, Inc. on Apr. 8, 2005, attached hereto as Exhibit A.[1]

    b. The Consolidated Amended Class Action Complaint, filed by Plaintiffs Louisiana Wholesale Drug Company, Inc., Rochester Drug Co-Operative, Inc. and JM Smith Corporation d/b/a Smith Drug Company on June 15, 2005, attached hereto as Exhibit B.

    c. The Class Action Complaint, filed by Plaintiff SAJ Distributors, Inc. on Sept. 6, 2005, attached hereto as Exhibit C.

    d. The Class Action Complaint, filed by Plaintiff Dik Drug Company on Sept. 12, 2005, attached hereto at Exhibit D.

    e. The Class Action Complaint, filed by American Sales Company, Inc. on Oct. 3, 2005, attached hereto as Exhibit E.

    f. The Class Action Complaint, filed by Plaintiff Park Surgical Co. Inc. on Oct. 26, 2005, attached hereto as Exhibit F.

    g. The Second Consolidated Amended Class Action Complaint, filed by Plaintiffs Louisiana Wholesale Drug Company, Inc., Rochester Drug Co-Operative, Inc., JM Smith Corporation d/b/a Smith Drug Company, Dik Drug Company, American Sales Company, Inc., Park Surgical Co. Inc. and SAJ Distributors, Inc. on May 10, 2006, attached hereto as Exhibit G.

2. The proposed class action settlement ("Settlement Agreement"), entered into among Becton and Plaintiffs Louisiana Wholesale Drug Company, Inc., Rochester Drug Co-Operative, Inc., JM Smith Corporation d/b/a Smith Drug Company, Dik Drug Company, American Sales Company, Inc., Park Surgical Co. Inc., SAJ Distributors, Inc., and the Direct Purchaser Class, entered into on Apr. 27, 2009, attached hereto as Exhibit H pursuant to 28 U.S.C. § 1715(b)(4).

---

[1] Those individuals on the attached service list will receive exhibits to this notice on an enclosed DVD.

3. The proposed notification to class members ("Notice of Proposed Settlement of Class Action, Direct Purchaser Plaintiffs' Counsel's Motion for Attorneys' Fees, and Hearing regarding Settlement"), included as Exhibit B to the Settlement Agreement (Ex. H), pursuant to 28 U.S.C. § 1715(b)(3).

4. A reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement are listed in the table attached to this notice as Exhibit I, pursuant to 28 U.S.C. § 1715(b)(7)(B).

At this time, there is no scheduled judicial hearing for the preliminary approval of the proposed settlement (28 U.S.C. § 1715(b)(2)), there has been no final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6)), and there is no written judicial opinion relating to the materials described under subparagraphs (3) through (6) of subsection 1715(b) (28 U.S.C. § 1715(b)(8)). Becton will send to the attached Service List supplemental notice of each of the events and documents described in this paragraph.

          Respectfully submitted,

          PAUL, WEISS, RIFKIND,
          WHARTON & GARRISON LLP

          /s/ Robert A. Atkins
          Theodore V. Wells, Jr.
          Moses Silverman
          Robert A. Atkins
          Jacqueline P. Rubin
          Steven C. Herzog

          1285 Avenue of the Americas
          New York, New York  10019-6064
          Telephone: (212) 373-3000

          Attorneys for Defendant
          Becton, Dickinson and Company

Dated:  April 5, 2010

In re Hypodermic Products Antitrust Litigation
No. 05-CV-1602 (JLL), MDL No. 1730 (D.N.J.)
SERVICE LIST FOR NOTICE PURSUANT TO CAFA, 28 U.S.C. § 1715

| | |
|---|---|
| Hon. Eric H. Holder, Jr.<br>Attorney General for the United States<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530-0001 | Hon. Troy King<br>Attorney General of Alabama<br>Office of the Attorney General<br>500 Dexter Avenue<br>Montgomery, AL  36130 |
| Hon. Daniel S. Sullivan<br>Attorney General of Alaska<br>Office of the Attorney General<br>P.O. Box 110300<br>Juneau, AK  99811-0300 | Hon. Terry Goddard<br>Attorney General of Arizona<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, AZ  85007 |
| Hon. Dustin McDaniel<br>Attorney General of Arkansas<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201 | Hon. Edmund G. Brown, Jr.<br>Attorney General of California<br>Office of the Attorney General<br>California Department of Justice<br>Attn: Public Inquiry Unit<br>P.O. Box 944255<br>Sacramento, CA  94244-2550 |
| Hon. John W. Suthers<br>Attorney General of Colorado<br>Office of Attorney General<br>1525 Sherman Street, 7th Floor<br>Denver, CO  80203 | Hon. Richard Blumenthal<br>Attorney General of Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT  06106 |
| Hon. Joseph R. Biden, III<br>Attorney General of Delaware<br>Office of the Attorney General<br>820 N. French Street<br>Wilmington, DE  19801 | Hon. Peter J. Nickles<br>Attorney General of District of Columbia<br>Office of the Attorney General<br>Government of the District of Columbia<br>One Judiciary Square<br>441 4th Street, N.W.<br>Suite 1145S<br>Washington, D.C.  20001 |
| Hon. Bill McCollum<br>Attorney General of Florida<br>Office of Attorney General<br>State of Florida<br>The Capital PL-01<br>Tallahassee, FL  32399-1050 | Hon. Thurbert E. Baker<br>Attorney General of Georgia<br>Office of the Attorney General<br>40 Capital Square, S.W.<br>Atlanta, GA  30334-1300 |

| | |
|---|---|
| Hon. Mark Bennett<br>Attorney General of Hawaii<br>Office of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | Hon. Lawrence Wasden<br>Attorney General of Idaho<br>Office of the Attorney General<br>700 W. State Street<br>P.O. Box 83720<br>Boise, ID  83720-0010 |
| Hon. Lisa Madigan<br>Attorney General of Illinois<br>State of Illinois Center<br>100 West Randolph Street<br>Chicago, IL  60601 | Hon. Greg Zoeller<br>Attorney General of Indiana<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN  46204 |
| Hon. Tom Miller<br>Attorney General of Iowa<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA  50319 | Hon. Stephen N. Six<br>Attorney General of Kansas<br>Office of the Attorney General<br>Memorial Hall, 2nd Floor<br>120 SW 10th Street<br>Topeka, KS  66612 |
| Hon. Jack Conway<br>Attorney General of Kentucky<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY  40601-3449 | Hon. James Caldwell<br>Attorney General of Louisiana<br>Office of the Attorney General<br>1885 N. Third Street<br>Baton Rouge, LA  70802 |
| Hon. Janet T. Mills<br>Attorney General of Maine<br>Office of the Attorney General<br>6 State House Street<br>Augusta, ME  04333 | Hon. Douglas F. Gansler<br>Attorney General of Maryland<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202 |
| Hon. Martha Coakley<br>Attorney General of Massachusetts<br>Office of Attorney General<br>One Ashburn Place<br>Boston, MA  02108 | Hon. Mike Cox<br>Attorney General of Michigan<br>Michigan Department of Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909-0212 |

| | |
|---|---|
| Hon. Lori Swanson<br>Attorney General of Minnesota<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN  55101-2131 | Hon. Jim Hood<br>Attorney General of Mississippi<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS  39201 |
| Hon. Chris Koster<br>Attorney General of Missouri<br>Office of the Attorney General<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO  65102 | Hon. Steve Bullock<br>Attorney General of Montana<br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 201401<br>Helena, MT  59620-1401 |
| Hon. Jon Bruning<br>Attorney General of Nebraska<br>Office of the Attorney General<br>2115 State Capital<br>Lincoln, NE  68509 | Hon. Catherine Cortez Masto<br>Attorney General of Nevada<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV  89701-4717 |
| Hon. Michael A. Delaney<br>Attorney General of New Hampshire<br>Office of the Attorney General<br>33 Capital Street<br>Concord, NH  03301 | Hon. Paula T. Dow<br>Attorney General of New Jersey<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ  08625-0080 |
| Hon. Gary King<br>Attorney General of New Mexico<br>Office of the Attorney General<br>408 Galisteo St.<br>Villagra Building<br>Santa Fe, NM  87501 | Hon. Andrew M. Cuomo<br>Attorney General of New York<br>Office of the Attorney General<br>The Capitol<br>Albany, NY  12224-0341 |
| Hon. Roy Cooper<br>Attorney General of North Carolina<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC  27699-9001 | Hon. Wayne Stenehjem<br>Attorney General of North Dakota<br>Office of the Attorney General<br>State Capital<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND  58505 |

| | |
|---|---|
| Hon. Richard Cordray<br>Attorney General of Ohio<br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad Street, 17th Floor<br>Columbus, OH  43215-3428 | Hon. W.A. Drew Edmondson<br>Attorney General of Oklahoma<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK  73105 |
| Hon. John Kroger<br>Attorney General of Oregon<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR  97301-4096 | Hon. Tom Corbett<br>Attorney General of Pennsylvania<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA  17120 |
| Hon. Guillermo Somoza-Colombani<br>Acting Attorney General of Puerto Rico<br>GPO Box 902192<br>San Juan, PR  00902 | Hon. Patrick C. Lynch<br>Attorney General of Rhode Island<br>Office of the Attorney General<br>150 S. Main Street<br>Providence, RI  02903 |
| Hon. Henry McMaster<br>Attorney General of South Carolina<br>Office of the Attorney General<br>Rembert Dennis Building<br>1000 Assembly Street, Rm. 519<br>Columbia, SC  29201 | Hon. Marty J. Jackley<br>Attorney General of South Dakota<br>Office of the Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD  57501 |
| Hon. Robert E. Cooper, Jr.<br>Attorney General of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | Hon. Greg Abbott<br>Attorney General of Texas<br>Office of the Attorney General<br>300 W. 15th Street<br>Austin, TX  78701 |
| Hon. Mark Shurtleff<br>Attorney General of Utah<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT  84114-2320 | Hon. William H. Sorrell<br>Attorney General of Vermont<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT  05609-1001 |
| Hon. Kenneth T. Cuccinelli, II<br>Attorney General of Virginia<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA  23219 | Hon. Rob McKenna<br>Attorney General of Washington<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA  98504 |

| | |
|---|---|
| Hon. Darrell V. McGraw, Jr.<br>Attorney General of West Virginia<br>Office of Attorney General<br>State Capital Complex<br>Bldg. 1, Room 26-E<br>Charleston, WV  25305 | Hon. J.B. Van Hollen<br>Attorney General of Wisconsin<br>Wisconsin Department of Justice<br>114 East State Capitol<br>Madison, WI  53707-7857 |
| Hon. Bruce A. Salzburg<br>Attorney General of Wyoming<br>Office of the Attorney General<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY  82002 | |