# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE • 250 PEHLE AVENUE, SUITE 401 • SADDLE BROOK, N.J. 07663
201-845-9600 • FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

September 24, 2012

**VIA ECF**
Hon. Michael A. Hammer, USMJ
United States District Court for
  the District of New Jersey
Martin Luther King, Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

　　　　　　　　RE:　　*In re: Hypodermic Products Antitrust Litigation*, No. 05-1602 –
　　　　　　　　　　　　Direct Purchaser Cases

Dear Judge Hammer:

I write on behalf of the Distributor Plaintiffs seeking a one week extension—until October 4, 2012—to file our reply in further support of our motion for preliminary approval of the proposed settlement with Becton Dickinson & Co. Pursuant to Case Management Order No. 26 that reply is due on September 27, 2012 which is the day after the religious holiday of Yom Kippur, the observance of which by a number of Distributor Plaintiffs' counsel, creates a difficulty in completing and filing the necessary documents within the time provided in the order. I represent to Your Honor that the Healthcare Plaintiffs have graciously agreed not to oppose that requested extension.

Thus, we respectfully request that Your Honor so order this letter permitting the extension requested for the reason stated.

Naturally, should the Court have any questions with respect to this matter, you should feel free to communicate with any counsel.

　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　*/s/ Peter S. Pearlman*
PSP:glv　　　　　　　　　　　　　　　　Peter S. Pearlman
Enclosure
cc:　　Hon. Jose L. Linares, USDJ (via ECF only)
　　　　All Counsel of Record (via ECF only)

SO ORDERED:

Dated: 9/25/12　　　　　　　　　　　　／s／ Michael A. Hammer
　　　　　　　　　　　　　　　　　　　Hon. Michael A. Hammer, USMJ