LAW OFFICES OF JAMES V. BASHIAN, P.C.
James V. Bashian
70 Adams Street, Fourth Floor
Hoboken, New Jersey, 07030
Tel. (973) 227-6330
Fax (201) 488-3330

Attorneys for Plaintiff
[Additional Counsel Listed at Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HYPODERMIC PRODUCTS ANTITRUST LITIGATION | Master Docket No. 05-cv-1602 (JLL/CCC) |
| THIS DOCUMENT RELATES TO ALL | |
| INDIRECT PURCHASER ACTIONS | MDL Docket No. 1730 |

## INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CLASS CERTIFICATION

The Indirect Purchaser Plaintiffs[1] hereby move the Court to enter the proposed order submitted herewith, which a) grants final approval to the Settlement between the Indirect Purchaser Class and Defendant Becton, Dickinson and Company ("BD"); and b) grants final certification to the proposed Indirect Purchaser Settlement Class and Subclass and finally appoints Class Representatives and Class Counsel.

In support hereof, the Indirect Purchaser Plaintiffs rely on the accompanying Memorandum of Law, documents filed with their preliminary approval motion, and the Declaration of Eric Robin of Kurtzman Carson Consultants, LLC.

Dated:   January 20, 2014

Respectfully submitted,

By: /s/ James V. Bashian
James V. Bashian
The Law Offices of James V. Bashian
70 Adams Street, Fourth Floor
Hoboken, New Jersey, 07030
Tel. (973) 227-6330
Fax (201) 488-3330
jbashian@bashianlaw.com

*Liaison Counsel for Indirect Purchaser Plaintiffs*

---

[1] The Indirect Purchaser Plaintiffs are MedStar Health, Inc., MedStar-Georgetown Medical Center, Inc., Washington Hospital Center Corporation, National Rehabilitation Hospital, Inc., Jabo's Pharmacy, Inc., Hebrew Home for the Aged, and Drug Mart Tallman, Inc. (collectively, the "Indirect Purchaser Plaintiffs").

R. Laurence Macon
Akin Gump Strauss Hauer & Feld LLP
300 Convent St., Ste 1500
San Antonio, TX 78205
Telephone:   (210) 281-7000
Facsimile:   (210) 224-2035
lmacon@akingump.com

Richard L. Wyatt
Torsten M. Kracht
Todd M. Stenerson
Hunton & Williams LLP
1900 K Street, NW
Washington, DC   20006
Telephone:   (202) 955-1500
Facsimile:   (202) 778-2201
rwyatt@hunton.com
tkracht@hunton.com
tstenerson@hunton.com

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL   60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com

Judith L. Spanier
Karin E. Fisch
Abbey Spanier, LLP
212 E. 39th St.
New York, NY   10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191
jspanier@abbeyspanier.com
kfisch@abbeyspanier.com

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 20, 2014.

/s/ James V. Bashian
James V. Bashian